Pennsylvania Labor Relations Board, Appellant, *v.* Chester and Delaware Counties Bartenders, Hotel & Restaurant Employes Union et al.

Argued January 6, 1949. Before MAXEY, C. J., DREW, STERN, PATTERSON, STEARNE and JONES, JJ.

250

252

*George L. Reed,* with him *M. Louise Rutherford,* Deputy Attorney General, and *T. McKeen Chidsey,* Attorney General, for appellant.

*Louis H. Wilderman,* with him *Albert Blumberg,* for appellees.

PER CURIAM, March 21, 1949:

The order of the court below is affirmed on the opinion of Judge SWENEY.